B 210A (Form 210A) (12/09)

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

2017 AUG [illegible]
JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

In re <u>Lorge Quiroz</u>, Case No. <u>16-27758</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Beneficial Opportunity Fund, LLC | Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not in its individual capacity but solely in its capacity as owner trustee of Matawin Ventures Trust series 2016-2, C/O Kondaur Capital Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Beneficial Opportunity Fund
3748 West Chester Pike, Suite 103
Newtown Square, PA 19073

Court Claim # (if known): __3__
Amount of Claim: __$633,054.52__
Date Claim Filed: __01/10/2017__

Phone: 888-879-4997 ext: 111
Last Four Digits of Acct #: __1009__

Phone: 888-566-3287
Last Four Digits of Acct. #: __9616__

Name and Address where transferee payments should be sent (if different from above):
FCI Lender Serices, Inc.
P.O Box 27370
Anaheim Hills, CA 92809
Phone: 800-931-2424
Last Four Digits of Acct #: __2284__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: __07·14·2017__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.